AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          CALIFORNIA

**APPEARANCE**

Case Number: 08mj1808

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

OSSIRIS BANUELOS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD     228083 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>             Plaintiff,                          )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>OSSIRIS BANUELOS,                     )<br>                                                         )<br>             Defendant.                      )<br>_____) | Case No. 08mj1808 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  June 12, 2008

    */s/ John C. Ellis, Jr.*
    JOHN C. ELLIS, JR.
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    john_ellis@fd.org