FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff, )<br>　　v.　　　　　　　　　　　　　)<br>OSSIRIS BANUELOS,　　　　　　)<br>　　　　　　　Defendant.　　　) | Criminal Case No. 08cr2226-DMS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Section 1001-<br>False Statement to a Federal<br>Officer (Felony) |

The United States Attorney charges:

On or about June 9, 2008, within the Southern District of California, defendant OSSIRIS BANUELOS, in a matter within the jurisdiction of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Department of Homeland Security, Customs and Border Protection Officer, that his name was Arnoldo Loera Gonzalez, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 7/3/08 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER   per
Assistant U.S. Attorney

CJB:lml:7/2/08